UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

KATLYN BUCCI, individually and on behalf of all others,

    Plaintiff,

-v-

DOLGENCORP, LLC,

    Defendant.

Civil Action No.: 5:23-CV-06012-HFS

## ORDER

Plaintiff has filed a voluntary dismissal without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Accordingly, the above captioned case is DISMISSED without prejudice, each party to bear their own costs and attorneys' fees.

SO ORDERED.

                                            */s/ Howard F. Sachs*
                                            HOWARD F. SACHS
                                            UNITED STATES DISTRICT JUDGE

Dated: February 15, 2023
Kansas City, Missouri